UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDITH WHITFIELD, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-00807-WHO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 13, 20 |

　　The court has reviewed Magistrate Judge Corley's Report and Recommendation to Grant Motion to Remand. No opposition was filed within the time period to do so. I find the Report correct, well-reasoned, and thorough, and adopt it in every respect. Accordingly, the plaintiff's motion to remand is GRANTED and the case shall be REMANDED to the Superior Court of California, County of Alameda.

　　**IT IS SO ORDERED.**

Dated: April 18, 2014



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NATIONSTAR MORTGAGE, LLC,

        Plaintiff,

v.

EDITH WHITFIELD et al,

        Defendant.

Case Number: CV14-00807 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2014, I SERVED a true and correct copies of the attached, by placing said copies in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail.

Edith Whitfield
826 Isabella Street
Oakland, CA 94607

Latanya Pruitt
826 Isabella Street
Oakland, CA 94607

Peggy Herne
826 Isabella Street
Oakland, CA 94607

Dated: April 18, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk